# DECLARATION

I, Darlene Sheffield, hereby declare under the pains and penalties of perjury that the following is true and correct and based on personal knowledge:

1.  I am 60 years old. I live in Jacksonville, Florida.

2.  I make this Declaration in support of Plaintiffs' action because my daughter, Shari Jackson, and I were previously affected by Defendants' failure to conduct an *ex parte* review of Shari's continued Medicaid eligibility after the termination of Shari's adoption subsidy.

3.  Shari is diagnosed with an intellectual disability and seizure disorder. Shari is at times incontinent. She is non-verbal and a non-reader. For all activities of daily living, she requires physical assistance, modeling, or verbal prompts. She requires constant supervision and significant physical intervention with day to day care.

4.  I adopted Shari on November 10, 2005. By virtue of an Adoption Assistance Agreement and because Shari has significant medical and habilitative needs, Shari received an adoption subsidy and Medicaid until her twenty-first birthday.

5.  In February 2018, I began to work with Jacksonville Area Legal Aid, Inc. ("JALA") to enroll Shari in Florida's Home and Community Based Services Medicaid waiver ("waiver") administered by Florida's Agency for Persons with Disabilities ("APD"). Shari required immediate enrollment on this waiver, which otherwise has a lengthy waitlist, because she needs private duty nursing services and was no longer entitled to those services under Florida's Medicaid state plan when she turned 21 on April 28, 2018. JALA assisted me with Shari's waiver enrollment by filing a "crisis application" (an application for immediate waiver enrollment) and communicating directly with APD about their processing of that application.

6.     On April 18, 2018, in her efforts to work with JALA to process Shari's crisis application, Diana Martin, Senior Human Program Services Manager for APD, notified JALA via email that Shari's Medicaid was scheduled to end on April 30, 2018.   A copy of that email correspondence is attached hereto as Exhibit #1. At the time APD emailed JALA about Shari's Medicaid termination date, the Florida Department of Children and Families ("DCF") had not provided verbal or written notice to me or Shari about the termination of Shari's Medicaid.

7.     As previously stated, Shari's Medicaid eligibility based on her receipt of an adoption subsidy was scheduled to terminate on April 30, 2018 because she turned twenty-one on April 28, 2018 and the Adoption Assistance Agreement authorized a subsidy only through Shari's twenty-first birthday.

8.     JALA sent a letter to DCF on my behalf asking that they reinstate Shari's Medicaid eligibility.  *See* Exhibit #2 attached hereto.  In response to JALA's advocacy, DCF conducted an *ex parte* review and continued Shari's Medicaid eligibility.

9.     If JALA had not assisted me with maintaining Shari's Medicaid eligibility, I would not have known how to ensure that Shari did not lose her health benefits.  I did not know that Shari was entitled to a written notice of her Medicaid termination, an *ex parte* review of her continued Medicaid eligibility, or a hearing if DCF had followed through with the termination.

12.     In light of the foregoing, I am concerned that other Medicaid recipients will experience the same issue and I support efforts to request relief from this Court to prevent others from suffering the same injuries.

Dated:     8/6/19

_____

DARLENE SHEFFIELD

Exhibit #1



**Katy Debriere <katy.debriere@jaxlegalaid.org>**

## Crisis application - Shari Jackson

**Katy Debriere** <katy.debriere@jaxlegalaid.org>                Wed, Apr 18, 2018 at 3:13 PM
To: Diana Martin <Diana.Martin@apdcares.org>
Cc: Leslie Richards <Leslie.Richards@apdcares.org>, Arlene Gibbs <Arlene.Gibbs@apdcares.org>

We can start the process in the next couple of weeks.  With your permission, I would really like to be involved in your communications with DCF to make sure this is done correctly.  Otherwise, I will likely have to be filing a fair hearing request which is not an efficient use of anyone's time.


Katy DeBriere
Managing Attorney
Northeast Florida Medical Legal Partnership
Jacksonville Area Legal Aid, Inc.
126 W. Adams Street
Jacksonville, FL 32202
(904) 356-8371, ext. 333
(904) 356-8780 **(FAX)**
katy.debriere@jaxlegalaid.org

Complete an NFMLP referral:  https://goo.gl/forms/DDPDrVrPhrccOkxe2

A law firm is sending this message; it is intended for the exclusive use
of the individual or entity that is the named addressee and may contain
information that is privileged or confidential or otherwise legally
exempt from disclosure.  If you are not the named addressee or an
employee or agent responsible for delivering this message to the named
addressee, you are not authorized to read, print, retain, copy or
disseminate this message or any part of it.  If you have received this
message in error, please notify me immediately by e-mail, discard any
paper copies and delete all electronic files of this message.

On Wed, Apr 18, 2018 at 3:10 PM, Diana Martin <Diana.Martin@apdcares.org> wrote:

Can she apply for SSD now?


**From:** Katy Debriere <katy.debriere@jaxlegalaid.org>
**Sent:** Wednesday, April 18, 2018 3:09 PM
**To:** Diana Martin <Diana.Martin@Apdcares.Org>
**Cc:** Leslie Richards <Leslie.Richards@Apdcares.Org>; Arlene Gibbs <Arlene.Gibbs@apdcares.org>
**Subject:** Re: FW: Crisis application - Shari Jackson


Her adoption assistance agreement ends at 21.  It is one of the reasons we requested the crisis application.


Katy DeBriere
Managing Attorney
Northeast Florida Medical Legal Partnership
Jacksonville Area Legal Aid, Inc.
126 W. Adams Street
Jacksonville, FL 32202
(904) 356-8371, ext. 333

(904) 356-8780 (FAX)
katy.debriere@jaxlegalaid.org

## Complete an NFMLP referral: https://goo.gl/forms/DDPDrVrPhrccOkxe2

A law firm is sending this message; it is intended for the exclusive use

of the individual or entity that is the named addressee and may contain

information that is privileged or confidential or otherwise legally

exempt from disclosure. If you are not the named addressee or an

employee or agent responsible for delivering this message to the named

addressee, you are not authorized to read, print, retain, copy or

disseminate this message or any part of it. If you have received this

message in error, please notify me immediately by e-mail, discard any

paper copies and delete all electronic files of this message.

On Wed, Apr 18, 2018 at 3:07 PM, Diana Martin <Diana.Martin@apdcares.org> wrote:

I just review, and her Medicaid will end on 04/30/2018. Do you know why?

**From:** Katy Debriere <katy.debriere@jaxlegalaid.org>
**Sent:** Wednesday, April 18, 2018 3:05 PM
**To:** Diana Martin <Diana.Martin@Apdcares.Org>
**Cc:** Leslie Richards <Leslie.Richards@Apdcares.Org>; Arlene Gibbs <Arlene.Gibbs@apdcares.org>
**Subject:** Re: FW: Crisis application - Shari Jackson

She does not have SSI or SSDI, but she is currently a Medicaid enrollee based on adoption assistance Medicaid.

Katy DeBriere
Managing Attorney
Northeast Florida Medical Legal Partnership
Jacksonville Area Legal Aid, Inc.
126 W. Adams Street
Jacksonville, FL 32202
(904) 356-8371, ext. 333
(904) 356-8780 (FAX)
katy.debriere@jaxlegalaid.org

## Complete an NFMLP referral: https://goo.gl/forms/DDPDrVrPhrccOkxe2

A law firm is sending this message; it is intended for the exclusive use

of the individual or entity that is the named addressee and may contain

information that is privileged or confidential or otherwise legally

exempt from disclosure.  If you are not the named addressee or an

employee or agent responsible for delivering this message to the named

addressee, you are not authorized to read, print, retain, copy or

disseminate this message or any part of it.  If you have received this

message in error, please notify me immediately by e-mail, discard any

paper copies and delete all electronic files of this message.


On Wed, Apr 18, 2018 at 3:01 PM, Diana Martin <Diana.Martin@apdcares.org> wrote:

Katy, we need to work with Medicaid for eligibility, does she have SSD?


**From:** Katy Debriere <katy.debriere@jaxlegalaid.org>
**Sent:** Wednesday, April 18, 2018 2:54 PM
**To:** Diana Martin <Diana.Martin@Apdcares.Org>
**Cc:** Leslie Richards <Leslie.Richards@Apdcares.Org>; Arlene Gibbs <Arlene.Gibbs@apdcares.org>
**Subject:** Re: FW: Crisis application - Shari Jackson


Diana, that's great; thank you.  If your crisis team approves, must the application go through any further steps (outside of DCF's role)?


Katy DeBriere
Managing Attorney
Northeast Florida Medical Legal Partnership
Jacksonville Area Legal Aid, Inc.
126 W. Adams Street
Jacksonville, FL 32202
(904) 356-8371, ext. 333
(904) 356-8780 (FAX)
katy.debriere@jaxlegalaid.org


## Complete an NFMLP referral:  https://goo.gl/forms/DDPDrVrPhrccOkxe2


A law firm is sending this message; it is intended for the exclusive use

of the individual or entity that is the named addressee and may contain

information that is privileged or confidential or otherwise legally

exempt from disclosure.  If you are not the named addressee or an

employee or agent responsible for delivering this message to the named

addressee, you are not authorized to read, print, retain, copy or

disseminate this message or any part of it.  If you have received this

message in error, please notify me immediately by e-mail, discard any

paper copies and delete all electronic files of this message.

On Wed, Apr 18, 2018 at 2:48 PM, Diana Martin <Diana.Martin@apdcares.org> wrote:

Hi Katy,

I just receive the QSI and MCM report for Shari crisis packet, I will review the complete packet and get with the crisis team during next week, then we will send our Notice with

Our determination. Thank you!

**Sincerely,**

**Diana M. Martin**

**Sr. Human Services Program Manager**

**Agency for Persons with Disabilities**

**Northeast Region – Field office 12**

**210 N. Palmetto Avenue,  Suite 312**

**Daytona Beach, Fl. 32114**

**(386) 947-4022, Fax (386) 238-4753**

email:  **Diana.Martin@apdcares.org**

       **http://apdcares.org/**

**From:** Katy Debriere <katy.debriere@jaxlegalaid.org>
**Sent:** Wednesday, April 18, 2018 2:28 PM
**To:** Diana Martin <Diana.Martin@Apdcares.Org>; Leslie Richards <Leslie.Richards@Apdcares.Org>
**Cc:** Arlene Gibbs <Arlene.Gibbs@apdcares.org>
**Subject:** Re: FW: Crisis application - Shari Jackson

Hi Diana,

Do you have an update on this application?  I'm scheduled to talk with the client and would like to know where the application is in the process.

Thanks so much!

Katy

Katy DeBriere
Managing Attorney
Northeast Florida Medical Legal Partnership
Jacksonville Area Legal Aid, Inc.
126 W. Adams Street
Jacksonville, FL 32202
(904) 356-8371, ext. 333
(904) 356-8780 **(FAX)**
katy.debriere@jaxlegalaid.org

## Complete an NFMLP referral: https://goo.gl/forms/DDPDrVrPhrccOkxe2

A law firm is sending this message; it is intended for the exclusive use

of the individual or entity that is the named addressee and may contain

information that is privileged or confidential or otherwise legally

exempt from disclosure.  If you are not the named addressee or an

employee or agent responsible for delivering this message to the named

addressee, you are not authorized to read, print, retain, copy or

disseminate this message or any part of it.  If you have received this

message in error, please notify me immediately by e-mail, discard any

paper copies and delete all electronic files of this message.


On Mon, Mar 26, 2018 at 4:35 PM, Diana Martin <Diana.Martin@apdcares.org> wrote:

Perfect, thanks for the information.


**From:** Katy Debriere <katy.debriere@jaxlegalaid.org>
**Sent:** Monday, March 26, 2018 4:34 PM
**To:** Diana Martin <Diana.Martin@Apdcares.Org>
**Cc:** Arlene Gibbs <Arlene.Gibbs@apdcares.org>
**Subject:** Re: FW: Crisis application - Shari Jackson


Hi Diana,


Below is the information I have for the client.  If you can't reach her, please let me know and I'll make sure to connect you.   Thank you for your time on this case!


**Applicant Name [EDIT]**

Darlene Edwards [Edit]

Name

**Applicant Phone #s [EDIT]**

Home Phone

**Address**

Address

County of Residence       DUVAL

County of Dispute       DUVAL

**Mailing Address [EDIT]**

Mailing Address

Safe Email

Katy DeBriere
Managing Attorney
Northeast Florida Medical Legal Partnership
Jacksonville Area Legal Aid, Inc.
126 W. Adams Street
Jacksonville, FL 32202
(904) 356-8371, ext. 333
(904) 356-8780 (FAX)
katy.debriere@jaxlegalaid.org

## Complete an NFMLP referral: https://goo.gl/forms/DDPDrVrPhrccOkxe2

A law firm is sending this message; it is intended for the exclusive use

of the individual or entity that is the named addressee and may contain

information that is privileged or confidential or otherwise legally

exempt from disclosure.  If you are not the named addressee or an

employee or agent responsible for delivering this message to the named

addressee, you are not authorized to read, print, retain, copy or

disseminate this message or any part of it.  If you have received this

message in error, please notify me immediately by e-mail, discard any

paper copies and delete all electronic files of this message.


On Mon, Mar 26, 2018 at 4:21 PM, Diana Martin <Diana.Martin@apdcares.org> wrote:

Good afternoon Katy,


Can you please confirm address and phone number for Shari Jackson, we want to schedule the QSI and MCM report for the crisis review.  Thank you!


**Sincerely,**

**Diana M. Martin**

**Sr. Human Services Program Manager**

**Agency for Persons with Disabilities**

**Northeast Region – Field office 12**

**210 N. Palmetto Avenue,  Suite 312**

**Daytona Beach, Fl. 32114**

**(386) 947-4022, Fax (386) 238-4753**

email:  **Diana.Martin@apdcares.org**

**http://apdcares.org/**



⊚ ⊚ ⊚ ⊚  CONNECTING YOU TO THE COMMUNITY

**From:** Katy Debriere <katy.debriere@jaxlegalaid.org>
**Sent:** Tuesday, March 13, 2018 12:10 PM
**To:** Diana Martin <Diana.Martin@Apdcares.Org>
**Cc:** Leslie Richards <Leslie.Richards@Apdcares.Org>; Arlene Gibbs <Arlene.Gibbs@apdcares.org>
**Subject:** Re: FW: Crisis application - Shari Jackson

Thank you Diana.  Dr. Nathawad's office told me they would send the CP dx. today.  Additionally, if Ms. Sheffield is able to secure a letter from the school re: IQ testing, I will forward it to your immediate attention.  I appreciate your work on this matter.

Sincerely,

Katy

Katy DeBriere
Managing Attorney
Northeast Florida Medical Legal Partnership
Jacksonville Area Legal Aid, Inc.
126 W. Adams Street
Jacksonville, FL 32202
(904) 356-8371, ext. 333
(904) 356-8780 (FAX)
katy.debriere@jaxlegalaid.org

**Complete an NFMLP referral:**  https://goo.gl/forms/DDPDrVrPhrccOkxe2

A law firm is sending this message; it is intended for the exclusive use

of the individual or entity that is the named addressee and may contain

information that is privileged or confidential or otherwise legally

exempt from disclosure.  If you are not the named addressee or an

employee or agent responsible for delivering this message to the named

addressee, you are not authorized to read, print, retain, copy or

disseminate this message or any part of it.  If you have received this

message in error, please notify me immediately by e-mail, discard any

paper copies and delete all electronic files of this message.


On Tue, Mar 13, 2018 at 12:04 PM, Diana Martin <Diana.Martin@apdcares.org> wrote:

Good morning,


This application is under review by our eligibility team, we still awaiting for CP diagnosis, and IQ
testing.  Please let me know if you need any other information on the case.  Thank you!


**Sincerely,**


**Diana M. Martin**

**Sr. Human Services Program Manager**

**Agency for Persons with Disabilities**

**Northeast Region – Field office 12**

**210 N. Palmetto Avenue,  Suite 312**

**Daytona Beach, Fl. 32114**

**(386) 947-4022, Fax (386) 238-4753**

email:  **Diana.Martin@apdcares.org**

    **http://apdcares.org/**



🌐 🌐 🌐 🌐 CONNECTING YOU TO THE COMMUNITY


**From:** Katy Debriere <katy.debriere@jaxlegalaid.org>
**Sent:** Tuesday, March 13, 2018 10:51 AM
**To:** Leslie Richards <Leslie.Richards@Apdcares.Org>
**Cc:** Arlene Gibbs <Arlene.Gibbs@apdcares.org>; Diana Martin <Diana.Martin@Apdcares.Org>
**Subject:** Re: FW: Crisis application - Shari Jackson


Have you received the information you need to process the application?  I called Ms. Sheffield today
and asked her to have the school write a letter as to why they did not complete IQ testing.  I know you
were also waiting on the CP diagnosis from Dr. Nathawad's office.  Please let me know what you need
further.


Thanks,

Katy


Katy DeBriere
Managing Attorney
Northeast Florida Medical Legal Partnership
Jacksonville Area Legal Aid, Inc.
126 W. Adams Street
Jacksonville, FL 32202
(904) 356-8371, ext. 333
(904) 356-8780 (FAX)
katy.debriere@jaxlegalaid.org


## Complete an NFMLP referral:　https://goo.gl/forms/DDPDrVrPhrccOkxe2


A law firm is sending this message; it is intended for the exclusive use

of the individual or entity that is the named addressee and may contain

information that is privileged or confidential or otherwise legally

exempt from disclosure.  If you are not the named addressee or an

employee or agent responsible for delivering this message to the named

addressee, you are not authorized to read, print, retain, copy or

disseminate this message or any part of it.  If you have received this

message in error, please notify me immediately by e-mail, discard any

paper copies and delete all electronic files of this message.


On Wed, Feb 28, 2018 at 4:32 PM, Leslie Richards <Leslie.Richards@apdcares.org> wrote:

Diana was able to locate the application so if you could send any additional information to Diana and
Arlene, we will handle it in-house.  Thanks, Leslie


Leslie Richards

NE Regional Operations Manager

3631 Hodges Blvd.

Jacksonville, Fl.  32224

Tel: 386-254-3953

Fax: 386-238-4753


**From:** Katy Debriere [mailto:katy.debriere@jaxlegalaid.org]
**Sent:** Wednesday, February 28, 2018 4:27 PM
**To:** Leslie Richards <Leslie.Richards@Apdcares.Org>
**Cc:** Arlene Gibbs <Arlene.Gibbs@apdcares.org>
**Subject:** Re: FW: Crisis application - Shari Jackson

They mentioned that are preparing for a site visit tomorrow, but should be able to send something by Friday. I will make sure it gets sent. Thank you both!

Katy DeBriere
Managing Attorney
Northeast Florida Medical Legal Partnership
Jacksonville Area Legal Aid, Inc.
126 W. Adams Street
Jacksonville, FL 32202
(904) 356-8371, ext. 333
(904) 356-8780 (FAX)
katy.debriere@jaxlegalaid.org

**Complete an NFMLP referral:** https://goo.gl/forms/DDPDrVrPhrccOkxe2

A law firm is sending this message; it is intended for the exclusive use

of the individual or entity that is the named addressee and may contain

information that is privileged or confidential or otherwise legally

exempt from disclosure. If you are not the named addressee or an

employee or agent responsible for delivering this message to the named

addressee, you are not authorized to read, print, retain, copy or

disseminate this message or any part of it. If you have received this

message in error, please notify me immediately by e-mail, discard any

paper copies and delete all electronic files of this message.

On Wed, Feb 28, 2018 at 4:25 PM, Leslie Richards <Leslie.Richards@apdcares.org> wrote:

I will check with Diana. It would be great if the physician can get us documentation of the CP diagnosis. That would be the easiest route. Thanks for your continued help!! Leslie

Leslie Richards

NE Regional Operations Manager

3631 Hodges Blvd.

Jacksonville, Fl. 32224

Tel: 386-254-3953

Fax: 386-238-4753

**From:** Katy Debriere [mailto:katy.debriere@jaxlegalaid.org]
**Sent:** Wednesday, February 28, 2018 4:21 PM
**To:** Leslie Richards <Leslie.Richards@Apdcares.Org>
**Cc:** Arlene Gibbs <Arlene.Gibbs@apdcares.org>
**Subject:** Re: FW: Crisis application - Shari Jackson


Yes, I think Shari's primary care physician, Dr. Nathawad, sent over the application to Diana Martin on February 23, 2018.  The email would have come from Chanda Jones.  Also, I spoke with Dr. Nathawad today and she reminded me that Shari is also diagnosed with cerebral palsy. Her office plans to send some additional records on Friday.  If you need those sent to a specific person, please just let me know.


Thank you so much for all of your help in this case.  I really, really appreciate it!



Katy DeBriere
Managing Attorney
Northeast Florida Medical Legal Partnership
Jacksonville Area Legal Aid, Inc.
126 W. Adams Street
Jacksonville, FL 32202
(904) 356-8371, ext. 333
(904) 356-8780 (FAX)
katy.debriere@jaxlegalaid.org


**Complete an NFMLP referral:** https://goo.gl/forms/DDPDrVrPhrccOkxe2

A law firm is sending this message; it is intended for the exclusive use

of the individual or entity that is the named addressee and may contain

information that is privileged or confidential or otherwise legally

exempt from disclosure.  If you are not the named addressee or an

employee or agent responsible for delivering this message to the named

addressee, you are not authorized to read, print, retain, copy or

disseminate this message or any part of it.  If you have received this

message in error, please notify me immediately by e-mail, discard any

paper copies and delete all electronic files of this message.

On Wed, Feb 28, 2018 at 4:15 PM, Leslie Richards <Leslie.Richards@apdcares.org> wrote:

Hi Katy,


We researched the application and cannot determine where it was sent since Easter Seals does not have a copy.  Could you ask her mother where it was sent?  Was it emailed? If so, could she re-email it to me so that we can get started.  Thanks, Leslie

Leslie Richards

NE Regional Operations Manager

3631 Hodges Blvd.

Jacksonville, Fl. 32224

Tel: 386-254-3953

Fax: 386-238-4753

**From:** Dana Quigley
**Sent:** Tuesday, February 27, 2018 3:29 PM
**To:** Leslie Richards <Leslie.Richards@Apdcares.Org>
**Subject:** FW: Crisis application - Shari Jackson

Leslie, As discussed, here is the crisis application for Shari Jackson.

Sincerely,

*Dana E. Quigley*

Dana E. Quigley, Esq.

Deputy General Counsel | HIPAA Privacy Official

Office of General Counsel

Florida Agency for Persons with Disabilities

4030 Esplanade Way

Tallahassee, Florida 32399

Tel: (850) 922-9512

Fax: (850) 410-0665

Email: Dana.Quigley@APDCares.Org

**From:** Katy Debriere [mailto:katy.debriere@jaxlegalaid.org]
**Sent:** Tuesday, February 27, 2018 3:11 PM
**To:** Dana Quigley <dana.quigley@apdcares.org>
**Subject:** Crisis application - Shari Jackson

Dear Dana;

Enclosed please find a letter and supporting document asking that your agency undertake a determination as soon as possible regarding the eligibility of my client, Shari Jackson, for crisis priority enrollment in the iBudget waiver.

As always, I'm available if you have any questions or concerns.

Sincerely,

Katy

Katy DeBriere
Managing Attorney
Northeast Florida Medical Legal Partnership
Jacksonville Area Legal Aid, Inc.
126 W. Adams Street
Jacksonville, FL 32202
(904) 356-8371, ext. 333
(904) 356-8780 (FAX)
katy.debriere@jaxlegalaid.org

## Complete an NFMLP referral:  https://goo.gl/forms/DDPDrVrPhrccOkxe2

A law firm is sending this message; it is intended for the exclusive use

of the individual or entity that is the named addressee and may contain

information that is privileged or confidential or otherwise legally

exempt from disclosure.  If you are not the named addressee or an

employee or agent responsible for delivering this message to the named

addressee, you are not authorized to read, print, retain, copy or

disseminate this message or any part of it.  If you have received this

message in error, please notify me immediately by e-mail, discard any

paper copies and delete all electronic files of this message.

**CONFIDENTIALITY NOTICE:** The information contained in this email—along with any attachments—may contain privileged and confidential information that is exempt from public disclosure, including individual health information which is protected by federal and state privacy laws. This transmission is intended solely for the review and use of the intended recipient. If you are not the intended recipient, you are notified that any review, use, dissemination, or duplication is strictly prohibited by law. If you have received this email in error, please report it to the sender and permanently destroy all copies of the original message.

Exhibit #2

# Jacksonville Area Legal Aid, Inc.

*A Wealth of Justice for Those Who Have Neither*

| | | |
|---|---|---|
| ❑222 San Marco Avenue | ✔ 126 W. Adams Street | ❑825 N. Orange Ave., Rm. 303 |
| St. Augustine, FL 32084 | Jacksonville, FL 32202-3849 | Green Cove Springs, FL 32043 |
| Phone: (904) 827-9921 | Phone: (904) 356-8371 | Phone: (904) 284-8410 |
| Fax: (904) 827-9978 | Fax: (904) 224-1587 | Fax: (904) 284-8485 |

April 19, 2018

John Jackson, General Counsel
Office of the General Counsel
Florida Department of Children & Families
1317 Winewood Blvd. Building 2, Rm. 204
Tallahassee, FL 32399
850-488-2381 (Telephone)
850-922-3947 (Facsimile)
john.jackson@myflfamilies.com

*Via email*

RE: Due Process Rights in Adoption Assistance Medicaid including the rights of Shari

Jackson (DOB:          7; SSN:             ;

Dear Mr. Jackson,

I am writing to you in regards to Due Process rights in Adoption Assistance Medicaid as a general policy issue, as well, as to request that your agency resolve the matter of my current client, Shari Jackson, before her rights under Medicaid are violated described in this letter. Speaking first to my general concern, I have had multiple interactions with Department of Children & Families (DCF) Northeast Regional Office regarding the policy and practice to terminate Medicaid eligibility under adoption assistance agreements without providing notice and opportunity to be heard to the affected individual(s). This policy violates the U.S. Constitution's guarantee of due process as well as federal and state Medicaid laws. Four (4) of the cases I have had within the past two years have ultimately resolved and my clients' Medicaid reinstated; however, each case poses identical problems demonstrating that this is a systemic issue requiring corrective action. The significant stress and potential for irreparable injury on my clients and their families along with the time and resources expended by both of our offices to

1

□222 San Marco Avenue
St. Augustine, FL 32084
Phone: (904) 827-9921
Fax: (904) 827-9978

✓126 W. Adams Street
Jacksonville, FL 32202-3849
Phone: (904) 356-8371
Fax: (904) 224-1587

□825 N. Orange Ave., Rm. 303
Green Cove Springs, FL 32043
Phone: (904) 284-8410
Fax: (904) 284-8485

resolve the matters is tremendous. Through DCF taking corrective action, these problems can be avoided in the future not only for my clients, but statewide. Thus, we ask that your client issue a policy transmittal clarifying the legal requirements to its regional offices.

In regards to my current individual client, Shari Jackson is a significantly disabled twenty year old woman who was born on A            Ms. Jackson was adopted by her mother, Darlene Edwards on November 10, 2005. By virtue of an adoption assistance agreement between the state and Ms. Edwards, Ms. Jackson is a Medicaid recipient (Medicaid ID# 7823801892) until the month after she turns age twenty-one. In an email dated April 18, 2018, Diana Martin, Senior Human Program Services Manager for the Agency for Persons with Disabilities ("APD") Northeast Region, notified my office that Shari's Medicaid is scheduled to end on April 30, 2018.[1] Neither DCF nor any of its contractors have notified Ms. Jackson and Ms. Edwards in writing that Ms. Jackson's Medicaid is scheduled to terminate. In line with my concerns discussed in this letter, I ask that DCF take the following steps immediately so that Ms. Jackson's rights are safeguarded: (1) complete an ex-parte review to determine Ms. Jackson's eligibility for any other category of Medicaid including SSI Related Medicaid, and (2) provide formal written notice of the termination of Ms. Jackson's Medicaid if the ex-parte review does not conclude she continues to be eligible including the opportunity to be heard and continue benefits pending the outcome an administrative hearing. The following legal analysis supports my request for statewide corrective action as well as my individual client's relief.

---

[1] My office is currently working with the APD to examine whether Shari Jackson is entitled to immediate enrollment in the iBudget Home and Community Based Waiver because Ms. Jackson's caretaker is under extreme duress.

# Jacksonville Area Legal Aid, Inc.

*A Wealth* of *Justice* for Those Who Have Neither

| | | |
|---|---|---|
| ☐222 San Marco Avenue<br>St. Augustine, FL 32084<br>Phone: (904) 827-9921<br>Fax: (904) 827-9978 | ✓126 W. Adams Street<br>Jacksonville, FL 32202-3849<br>Phone: (904) 356-8371<br>Fax: (904) 224-1587 | ☐825 N. Orange Ave., Rm. 303<br>Green Cove Springs, FL 32043<br>Phone: (904) 284-8410<br>Fax: (904) 284-8485 |

I. <u>When DCF takes action to terminate a child receiving Medicaid pursuant to an adoption assistance agreement, DCF must provide adequate notice of the beneficiary's notice and hearing rights, including explanation of the reasons for the termination, the right to request a fair hearing, and the circumstances in which coverage will be continued pending the hearing.</u>

Children who are eligible for Medicaid pursuant to an adoption assistance agreement, like all beneficiaries, are entitled to notice and opportunity to be heard, including continued coverage pending the outcome of the appeal, when DCF terminates their Medicaid because they have reached the age of majority under the agreement. Medicaid coverage pursuant to adoption assistance agreements is authorized by Title XIX of the Social Security Act. 42 U.S.C. § 1396a(a)(10)(A)(i)(I); 42 U.S.C. § 1396a(a)(10)(A)(ii)(VIII); 42 C.F.R. § 435.227. Florida is required by federal law to cover some of these children, and does so. *See* Fla. Stat. § 409.903(4). Additionally, Florida has elected to cover children age 18 and younger under the federal optional coverage category. *See* Florida Medicaid State Plan, Attachment 2.2-A; *see also*, Fla. Stat. § 409.903(4); Fla. Stat. § 409.166.

The assistance must be made "in accordance with federal requirements for Title XIX of the Social Security Act and the provisions of state law." Fla. Stat. § 409.902(1). More specifically, if DCF takes action to terminate an individual from Medicaid, it must provide the recipient with notice of the intended action that is timely and adequate in its content. 42 C.F.R. §§ 431.206(b), 431.210, 435.912, 435.919. Generally, this notice must be provided 10 days before the intended action is to take place. 42 C.F.R. §§ 431.206, 431.211, 431.214.

3

# Jacksonville Area Legal Aid, Inc.
*A Wealth* of *Justice* for Those Who Have Neither

| | | |
|---|---|---|
| ☐222 San Marco Avenue<br>St. Augustine, FL 32084<br>Phone: (904) 827-9921<br>Fax: (904) 827-9978 | ✓126 W. Adams Street<br>Jacksonville, FL 32202-3849<br>Phone: (904) 356-8371<br>Fax: (904) 224-1587 | ☐825 N. Orange Ave., Rm. 303<br>Green Cove Springs, FL 32043<br>Phone: (904) 284-8410<br>Fax: (904) 284-8485 |

Furthermore, the recipient is entitled to aid paid pending the outcome of their appeal. 42 C.F.R. §§ 431.210(e), 431.230, 435.930(b).

I.  <u>When DCF terminates adoption assistance Medicaid it must conduct an ex parte review *and* then provide notice of the outcome of that review as well as provide an opportunity to be heard.</u>

When Medicaid is terminated, DCF must conduct an ex parte review to determine whether a beneficiary is eligible for any other category of Medicaid prior to terminating the child from Medicaid completely. Rule 65A-1.702(4)(a), F.A.C.; 42 C.F.R. § 435.903; *Crippen v. Kheder*, 741 F.2d 102, (6th Cir. 1984). According to DCF's own policy and in accordance with federal Medicaid law, after DCF conducts an ex parte review, it must then provide adequate and timely notice of the outcome of the review to the affected individual. Rule 65A-1.704(4)(b), F.A.C.; *Id.*. In addition, if the affected individual wishes to challenge DCF's ex parte determination, the individual may request a hearing to do so and is entitled to aid paid pending the outcome of the appeal. *Id.*

In sum, DCF's current policy of terminating the Medicaid of an individual aging out of their adoption assistance agreement without first providing timely notice of that termination or an opportunity to be heard violates federal Medicaid law. In our experience, the adoptive parent(s) of special needs children rely on their Medicaid eligibility for daily care. Baffled by the Medicaid eligibility system as it relates to their children and often having signed the agreements almost 17 or 18 years previously, the families are shocked and dismayed to learn (often informally through a provider or their managed care organization) that their adopted child's Medicaid has ended without formal notice. Ms. Jackson's case provides a clear

4

# Jacksonville Area Legal Aid, Inc.

*A Wealth* of *Justice* for Those Who Have Neither

❑222 San Marco Avenue
St. Augustine, FL 32084
Phone: (904) 827-9921
Fax: (904) 827-9978

✓126 W. Adams Street
Jacksonville, FL 32202-3849
Phone: (904) 356-8371
Fax: (904) 224-1587

❑825 N. Orange Ave., Rm. 303
Green Cove Springs, FL 32043
Phone: (904) 284-8410
Fax: (904) 284-8485

example of these systemic issues. As such, we would like to resolve this issue quickly and in partnership with the Department. If we are unable to resolve the matter, however, we plan to file suit.

Given the urgency of Ms. Jackson's current circumstances, I ask that you please respond to this letter in writing by Monday, April 23, 2018. You can mail the correspondence to my attention at: 126 West Adams St., Jacksonville, Florida, 32202 or email to: katy.debriere@jaxlegalaid.org. Thank you for your prompt attention to this matter.

Sincerely,

*/s/Katy DeBriere*

Katy DeBriere
Managing Attorney
Northeast Florida Medical Legal Partnership
Jacksonville Area Legal Aid, Inc.

CC: Lynn Hewitt, Esq. – lynn.hewitt@myflfamilies.com
David Tucker, Esq. – david.tucker@myflfamilies.com
Yvette Burch – Yvette.burch@myflfamilies.com
Dana Quigley, Esq. – dana.quigley@apdcares.org
Leslie Richards – leslie.richards@apdcares.org
Diana Martin – diana.martin@apdcares.org